IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-2938-PAB-KMT

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the
November 13, 2010, Pacquaio/Margarito Broadcast,

    Plaintiff,

v.

SIXTA VALDOVINES, Individually, and as officer, director, shareholder, and/or
principal of El Imperio LLC, d/b/a El Imperio, and
EL IMPERIO LLC, d/b/a El Imperio,

    Defendants.

---

## ORDER

---

    This matter is before the Court on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines (the "Notice") mailed to this Court by the United States Bankruptcy Court for the District of Colorado.  The Notice indicates that defendant Sixta Valdovines filed for bankruptcy on January 31, 2012.  Furthermore, the Court notes that the Notice contains Sixta Valdovines' Social Security Number.  Therefore, it is

    **ORDERED** that, within seven days of entry of this order, plaintiff shall indicate whether this present action is automatically stayed and, if so, shall file a Suggestion of Bankruptcy.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 5.2(a)(1), the Court orders that the docketed copy of the Notice be redacted to show only the last four digits of defendant Sixta Valdovines' Social Security Number.

DATED February 7, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge